F. PALICIO Y COMPANIA, S. A., Cifuentes Y Compania, Por Larranaga, S. A., Menendez, Garcia Y Compania, Limitada, and Tabacalera Jose L. Piedra, S. A., Plaintiffs-Appellants-Appellees,

v.

Gilbert P. BRUSH and Monroe Percy Bloch, co-partners, doing business under the firm name and style of Brush & Bloch, Defendants-Appellants-Appellees.

No. 415, Docket 30984.

United States Court of Appeals
Second Circuit.

Argued April 17, 1967.

Decided April 26, 1967.

Leonard B. Boudin, New York City (Rabinowitz & Boudin, New York City, Victor Rabinowitz, New York City, on the brief), for plaintiffs-appellants-appellees.

Jac M. Wolff, New York City (Brush & Bloch, New York City, Monroe Percy Bloch, New York City, on the brief), for defendants-appellants-appellees.

Before MOORE, KAUFMAN and FEINBERG, Circuit Judges.

PER CURIAM:

Having considered the various points raised by plaintiffs-appellants-appellees and defendants-appellants-appellees, we are of the opinion that Judge Bryan's discussion of the facts and his analysis and application of the law are correct; we therefore affirm on the basis of his well reasoned opinion reported at 256 F.Supp. 481 (S.D.N.Y.1966).